UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:23-CV-659-BO-BM

| | | |
|---|---|---|
| MARY RUTH SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SANOFI US SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has been advised that the parties have reached a complete settlement of the case. This case is STAYED for a period of six months until February 24, 2025. The parties are therefore DIRECTED to file a status report by that date or dismissal documents, subject to the right of any party to provide notice to the Court within that time that the settlement will not be consummated. If the case is not dismissed, a status report shall be filed every 30 days following the submission of the initial status report. Failure to comply with this order will result in this matter being dismissed with prejudice.

SO ORDERED, this ___ day of August, 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE